**NOT FOR PUBLICATION**
**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**FILED**

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BERNABE TORRES-CHINOS,

        Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

No. 24-1730

Agency No.
A205-713-898

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 16, 2024**

Before:    SILVERMAN, R. NELSON, and MILLER, Circuit Judges.

Bernabe Torres-Chinos, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order affirming without opinion an immigration judge's ("IJ's") decision denying his applications for cancellation of removal, withholding of removal, and protection under the

---

    * This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    ** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

§ 1252.  We deny the petition for review.

Because Torres-Chinos does not challenge the agency's denials of cancellation of removal, withholding of removal, or CAT protection, we do not address them.  *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013); *Hernandez v. Garland*, 47 F.4th 908, 916 (9th Cir. 2022) (issues raised but not "specifically and distinctly" argued may be deemed forfeited) (internal citation and quotations marks omitted).

Torres-Chinos's contention that the IJ lacked jurisdiction over his proceedings is not properly before the court because he failed to raise it before the BIA.  *See* 8 U.S.C. § 1252(d)(1) (exhaustion of administrative remedies required); *see also Santos-Zacaria v. Garland*, 598 U.S. 411, 417-19 (2023) (section 1252(d)(1) is a non-jurisdictional claim-processing rule).

The temporary stay of removal remains in place until the mandate issues. The motion for a stay of removal is otherwise denied.

**PETITION FOR REVIEW DENIED.**